UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| JON DAVIDSON, <br><br> Plaintiff, <br><br> V. <br><br> DUKE UNIVERSITY, <br><br> Defendant. | 1:20-cv-01022-LCB-JEP |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jon Davidson, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against Defendant Duke University, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own costs and fees, including attorneys' fees.

Respectfully submitted this 8th day of March, 2021.

THE KIRBY G. SMITH LAW FIRM, LLC

s/Alexander C. Kelly
Alexander C. Kelly
North Carolina Bar No. 49308
111 N. Chestnut St.
Suite 200
Winston-Salem, NC 27101
T: (704) 729-4287
F: (877) 352-6253
ack@kirbygsmith.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2021, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of Court via the Court's CM/ECF system.

Respectfully submitted this 8th day of March, 2021.

THE KIRBY G. SMITH LAW FIRM, LLC

s/Alexander C. Kelly
Alexander C. Kelly
North Carolina Bar No. 49308
111 N. Chestnut St.
Suite 200
Winston-Salem, NC 27101
T: (704) 729-4287
F: (877) 352-6253
ack@kirbygsmith.com

*Attorney for Plaintiff*